IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CAROLYN HAYES                                                                                    PLAINTIFF

v.                                    Cause No. 4:14-cv-04112

S.W. ARK. DEVELOPMENT
COUNCIL                                                                                          DEFENDANT

## ORDER

Before this Court is Plaintiff's Motion to Proceed *In Forma Pauperis* and Motion for Service. ECF No. 1.  Upon review, the Court finds Plaintiff's Motion to Proceed *In Forma Pauperis* should be **GRANTED.**  The Court also finds Plaintiff's Motion for Service should be **GRANTED.**

This Court directs the U.S. Marshal to serve a copy of the Complaint filed on September 3, 2014 (ECF No. 1) and a copy of this order on Defendant by serving:

S.W. Arkansas Development Council
3902 Sanderson Lane
Texarkana, Arkansas 71854

without prepayment of fees and costs or security thereof.  Defendant is ordered to answer within twenty-one (21) days from the date of service.

The Clerk is directed to prepare and issue a summons and a USM 285.

**IT IS SO ORDERED this 6th day of October 2014.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE