IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CAROLYN HAYES                                                                                    PLAINTIFF

V.                                              CASE NO. 14-CV-4112

S.W. ARK DEVELOPMENT COUNCIL.                                             DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss filed by pro se Plaintiff. ECF No. 12. Plaintiff states that she no longer wishes to pursue her case and asks that it be dismissed. ECF No. 12. Pursuant to Fed. R. Civ. P. 41(a)(2), the Motion to Dismiss is **GRANTED**. Plaintiff's claims against these Defendant are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 17th day of March, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge